IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
MAY 25 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05CR132-A |
| | ) | [18 USC 922(g)(1)] |
| JOHN EDWARD WHITE | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about August 30, 2004, in Montgomery, Alabama, in the Middle District of Alabama, the defendant

JOHN EDWARD WHITE,

having been previously convicted in a court, of a crime punishable by imprisonment for a term in excess of one year, to-wit: Theft of Property 2nd in the Circuit Court of Montgomery County, Alabama (CC 03-457), knowingly possessed firearms, in and affecting commerce, that is a Smith and Wesson, model 4006, .40 caliber pistol, serial number TZF3471, a Smith and Wesson, model 10-5, .38 Special Revolver, serial number 729387, and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Susan R. Redmond
Assistant United States Attorney