IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA       )
                               )
          v.                   )        CR. NO. 2:05-cr-132-A
                               )
JOHN EDWARD WHITE              )

<u>O R D E R</u>

Upon consideration of the foregoing motion, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted.  It is, therefore, ORDERED that the Clerk of this Court be and is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Montgomery County Jail, Montgomery, Alabama, commanding them to deliver the said John Edward White to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on July 13, 2005, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

DONE this the _____ day of June, 2005.

_____
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE