## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
☒ Northern ☐ Southern ☐ Eastern

| | | |
|---|---|---|
| HON. Delores R. Boyd | AT Montgomery | , Alabama |
| DATE COMMENCED 9-19-2005 | @ 11:05 | ☒ a.m. ☐ p.m |
| DATE COMPLETED 9-19-2005 | @ 11:08 | ☒ a.m. ☐ p.m |

CASE NO. 2:05cr132-A

UNITED STATES OF AMERICA    JOHN EDWARD WHITE

VS.

*Plaintiff(s)*    *Defendant(s)*

### APPEARANCES

**Plaintiff(s)/Government**
Redmond

**Defendant (s)**
Jennifer Hart

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.    Crt Rptr: _____
Law Clerk: _____            Interpreter: _____
USPO/USPTS: _____           Other: _____

### PROCEEDINGS:

☐ Motion Hearing: _____
☐ Status Conference    ☐ Oral Argument       ☐ Evidentiary Hrg.
☐ Revocation           ☐ Scheduling Conf.    ☐ Show Cause
☐ Settlement Conference ☐ Telephone Conf.    ☐ Sentencing
☐ Non-Jury Trial       ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

☒ **Pretrial Conference**
Pending Motions: None
Discovery Status: Complete    Plea Status: Probable
Trial Status/Length: 1 day    Trial Term: 12-5-05