# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☒ Northern   ☐ Southern   ☐ Eastern

| | |
|---|---|
| HON. Delores R. Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 10-17-2005 | @ 11:06 ☒ a.m. ☐ p.m |
| DATE COMPLETED 10-17-2005 | @ 11:08 ☒ a.m. ☐ p.m |

CASE NO. 2:05CR132-A

UNITED STATES OF AMERICA              JOHN EDWARD WHITE

VS.

Plaintiff(s)                            Defendant(s)

## APPEARANCES

Plaintiff(s)/Government: ~~Redmond~~ Morris

Defendant(s): Hart

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr: 
Law Clerk: 
Interpreter: 
USPO/USPTS: 
Other: 

### PROCEEDINGS:

☐ Motion Hearing:
☐ Status Conference        ☐ Oral Argument         ☐ Evidentiary Hrg.
☐ Revocation               ☐ Scheduling Conf.      ☐ Show Cause
☐ Settlement Conference    ☐ Telephone Conf.       ☐ Sentencing
☐ Non-Jury Trial           ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other

☒ **Pretrial Conference**
Pending Motions: 
Discovery Status: 
Trial Status/Length: 1 Day
Plea Status: Yes
Trial Term: