UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-132-A |
| | ) | |
| JOHN EDWARD WHITE | ) | |

## ORDER

In this case scheduled for trial on the December 5, 2005 criminal term, the United States filed on November 4, 2005, a *Motion for Mental Competency Examination* (Doc. 17), and on the same day, the Federal Defender moved for her withdrawal as counsel of record and for the substitute appointment of a CJA panel attorney( Doc. 18). For good cause arising from the discovery of a conflict with the attorney-client relationship, it is

**ORDERED that the Federal Defender's** *Motion to Withdraw as Counsel of Record* **is GRANTED and her** *Motion for Appointment of CJA Panel Attorney* **is also GRANTED with the result that CJA Panel Attorney Roianne Conner is hereby appointed to represent the Defendant.** It is further

**ORDERED that newly appointed counsel** confer expeditiously with the defendant regarding the competency examination requested by the United States **and on or before November 15, 2005, file a response which shows any cause for not granting the** *Motion for Mental Competency Examination* (Doc. 17),

DONE this 7th day of November, 2005.

**/s/ Delores R. Boyd**
DELORES R.BOYD
UNITED STATES MAGISTRATE JUDGE