IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) 2:05-CR-132-A |
| | ) |
| JOHN EDWARD WHITE, | ) |
| | ) |
| DEFENDANT. | ) |

## DEFENDANT'S RESPONSE TO MOTION FOR MENTAL COMPETENCY EXAMINATION

**COMES NOW THE DEFENDANT**, John Edward White, by and through his attorney of record, and responds to the Motion for Mental Competency Examination heretofore filed by the United States.

1. The Defendant is aware that he has had sever bouts of depression and has attempted to end his life on numerous occasions, including two attempts since he has been incarcerated at the Montgomery Municipal Jail.

2. The Defendant avers that he has in the past been prescribed medication for his mental condition and/or illness. The Defendant avers that since his incarceration in August, 2004, first at the Montgomery County Detention Facility as well as the Montgomery Municipal Jail that he has not been taking any medication for his condition.

3. Counsel discussed this matter not only with the Defendant, but also with his mother, Mrs. Rebecca Moultrie, who reports a history of mental illness as well as some mentally impairment issues with the Defendant since an early age.

4. The Defendant avers that he believes that he is in need of a mental evaluation so that he

can receive the necessary medications and assistance with his illness.

   **WHEREFORE THE PREMISES CONSIDERED**, the Defendant, John Edward White, by and through his attorney of record responds to the Motion for Mental Competency Examination heretofore filed by the United States.

   Respectfully submitted on this the 15th day of November, 2005.

                   /s/ Roianne Houlton Conner
                   ROIANNE HOULTON CONNER
                   ATTORNEY FOR DEFENDANT
                   ALABAMA BAR CODE 9677-R77R

OF COUNSEL:

LAW OFFICES OF ROIANNE HOULTON CONNER, P.C.
250 WINTON M. BLOUNT LOOP
P. O. BOX 240458
MONTGOMERY, ALABAMA 36124
334/215-1988

### CERTIFICATE OF SERVICE

   I hereby certify that the above and foregoing Defendant John Edward White's Response to Motion for Mental Competency Examination has been served upon the Honorable Laura Canary, United States Attorney, Attention: Susan Redmond, by mailing a copy of the same to her business address on this the 15th day of November, 2005.

                   /s/ Roianne Houlton Conner
                   ROIANNE HOULTON CONNER