UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. )                    2:05-CR-132-WHA
)
JOHN EDWARD WHITE )

## **ORDER**

After review of the psychiatric evaluation reported on December 28, 2005 (sealed

Doc. 23, filed Jan. 11, 2006), it is

ORDERED, for good cause, that counsel appear before the undersigned in District

Courtroom 4A, at **10:00 a.m. on January 19, 2006**, for a **status/scheduling conference.**

Done this 12th day of January, 2006.

_____    **/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE