UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-132-A |
| | ) | |
| JOHN EDWARD WHITE | ) | |

## ORDER

It is **ORDERED,** for good cause, that the **status/scheduling conference** set at 10:00 a.m. on January 19, 2006, is hereby **CONTINUED to 3:00 p.m. on January 23, 2006, in** District Courtroom 4A,

Done this 19th day of January, 2006.

                                             **/s/ Delores R. Boyd**
                                             DELORES R. BOYD
                                             UNITED STATES MAGISTRATE JUDGE