UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-132-WHA |
| | ) | |
| JOHN EDWARD WHITE | ) | |

## **ORDER**

It is **ORDERED** that the **status/scheduling conference** set at 3:00 p.m. on January 23, 2006, is hereby **CONTINUED to 10:30 a.m. on February 3, 2006,** in order to facilitate necessary communications between defense counsel and the defendant, who has not yet been returned to this district following his mental health evaluation.

Done this 23rd day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE