# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. DELORES R. BOYD, PRESIDING          AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | 1/19/06 | AT: | 10:10 a.m. |
| DATE COMPLETED: | 1/19/06 | AT: | 10:16 a.m. |
| | | | 10:10:42 - 10:16:40 |

UNITED STATES OF AMERICA   §
§
vs.   §   CR. NO. 2:05CR132-A
§
JOHN EDWARD WHITE   §

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan Redmond | | Roianne H. Conner |

---

COURT OFFICIALS PRESENT:

Michele Deering, Law Clerk
Kelli Gregg, Courtroom Clerk

---

COURTROOM PROCEEDINGS:

( X ) **Status/Scheduling Conference**

10:10 a.m. -   Court convenes.
Phone call is made to attorney Roianne H. Conner by the Court enquiring as to why she is not present for the status/scheduling conference today. Attorney Conner states that she did not have it on her calendar and apologizes to the Court for not being there.
Court will reschedule hearing for 1/23/06 at 3:00 p.m. and the Court will issue an order setting this.
10:16 a.m. -   Court is in recess.