# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☒ **Northern**   ☐ Southern   ☐ Eastern

| | |
|---|---|
| HON. Delores R. Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 2-3-2006 | @ 10:32 ☒ a.m. ☐ p.m |
| DATE COMPLETED 2-3-2006 | @ 10:47 ☒ a.m. ☐ p.m |

CASE NO. 2:05CR132-WHA

UNITED STATES OF AMERICA    VS.    JOHN EDWARD WHITE
*Plaintiff(s)*                     *Defendant(s)*

### APPEARANCES

**Plaintiff(s)/Government**          **Defendant (s)**
Susan Redmond                        Roianne Conner

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jkr.   Crt Rptr: _____
Law Clerk: _____              Interpreter: N/A
USPO/USPTS: _____             Other: _____

### PROCEEDINGS:

- ☐ Motion Hearing:
- ☒ Status Conference
- ☐ Revocation
- ☐ Settlement Conference
- ☐ Non-Jury Trial
- ☐ Other _____
- ☐ Oral Argument
- ☒ Scheduling Conf.
- ☐ Telephone Conf.
- ☐ Revocation/Prtrl/SupvRel/Prob
- ☐ Evidentiary Hrg.
- ☐ Show Cause
- ☐ Sentencing

☐ **Pretrial Conference**
Pending Motions: _____
Discovery Status _____   Plea Status _____
Trial Status/Length _____   Trial Term: _____