UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-132-WHA |
| | ) | WO |
| JOHN EDWARD WHITE | ) | |

### ORDER ON FINDING OF COMPETENCY

Pursuant to the United States' unopposed *Motion for Mental Competency Examination*, the defendant, John Edward White, has undergone a psychiatric evaluation at the Federal Medical Center in Butner, North Carolina, and the written report required by 18 U.S.C.§ 4241(b) and §4247(b) has been duly filed with the court (Doc. 23, sealed, Jan. 11, 2006) and copies provided to counsel.

At the status/scheduling conference on February 3, 2006, defense counsel and government counsel each acknowledged receipt of the psychiatric report; defense counsel reported her completed review of the report with the defendant and his lack of objection to the findings and opinions reported therein; and neither party requested additional evaluations or hearings and, instead, expressly consented to the court's entry of the requisite competency order based on the psychiatric report filed.

Accordingly, the court hereby **FINDS** by a preponderance of the evidence that the defendant, JOHN EDWARD WHITE, (a) is not suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings filed against him, or properly assist an attorney in his own defense; and (b) at the time of the alleged offense, he was able to appreciate the nature and quality or wrongfulness of his actions.

It is, therefore,

**ORDERED** that the Defendant is COMPETENT to stand trial, and this case is hereby returned to the active trial docket, having been generally continued from the previously set trial term of December 5, 2005 (see Doc. 22 *Order* filed Nov, 16, 2005).

DONE THIS 8th day of February, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE