UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-132-A |
| | ) | |
| JOHN EDWARD WHITE | ) | |

**PRETRIAL CONFERENCE ORDER**

Based on the representations of counsel of record at the status/scheduling conference convened on February 3, 2006, in response to the defendant's Psychiatric Report (Doc.23, sealed, Jan.11, 2006), and pursuant to the *Order on Finding of Competency* entered herewith along with defendant's Waiver of Speedy Trial (Doc. 29, Feb. 6, 2006), it is

**ORDERED** as follows:

1. **Jury selection** is set for **March 27, 2006.** The trial of this case is set for the **trial term commencing on March 27, 2006**, before Senior United States District Judge W. Harold Albritton and is expected to last one trial day.

2. There are no motions currently pending.

3. Proposed **voir dire questions** shall be filed on or before **March 20, 2006.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All **motions in limine** shall be filed on or before **March 20, 2006.** Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. **Proposed jury instructions** shall be filed on or before **March 20, 2006.**

6. The last day on which the court will entertain a **plea pursuant to Rule 11(c)(1)(A) or (C)** plea is **March 20, 2006.** The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on March 27, 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on March 20, 2006. as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 8th day of February, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE