IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR 15 P 3: 53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| VS. | ) CR. NO. 2:05-CR-132-A |
| JOHN EDWARD WHITE | ) |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW**, John Edward White by and through his attorney of record and notifies this Honorable Court of his intent to change his pleas from not guilty to guilty.

Respectfully submitted on this 15th day of March, 2006

ROIANNE HOULTON CONNER
ATTORNEY FOR JOHN E. WHITE
ASB9677R77

OF COUNSEL:
ROIANNE HOULTON CONNER
ALABAMA BAR CODE ASB9677R77R

LAW OFFICES OF ROIANNE HOULTON CONNER
250 WINTON BLOUNT LOOP
P.O. BOX 240458
MONTGOMERY, ALABAMA 36124
TELEPHONE: (334) 215-1988
FAX: (334) 215-7778

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the Honorable Susan R. Redmond, Assistant U.S. Attorney, by mailing a copy of the same to her business address of One Court Square, 2nd Floor, Montgomery, Al 36104 on this 15 day of March, 2006.

Roianne Houlton Conner