UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-132-WHA |
| | ) | |
| JOHN EDWARD WHITE | ) | |

### ORDER SETTING CHANGE OF PLEA

Pursuant to the Defendant's *Notice of Intent to Change Plea* (Doc. 32, filed March 15, 2006), it is hereby

**ORDERED** that this case be set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on **Monday, March 20, 2006, at 11:00 a.m.**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 16TH day of March, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE