**COURTROOM DEPUTY'S MINUTES**  **DATE:** 3-20-2006
**MIDDLE DISTRICT OF ALABAMA**  **DIGITAL RECORDING:** 11:09 — 11:46 am
                                **COURT REPORTER:** Mitchell Reisner

☐ ARRAIGNMENT         ☑ CHANGE OF PLEA      ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

**PRESIDING MAG. JUDGE:** DRB         **DEPUTY CLERK:** sql
**CASE NUMBER:** 2:05CR132-WHA        **DEFENDANT NAME:** John Edward WHITE
**AUSA:** Redmond                     **DEFENDANT ATTORNEY:** Roianne Conner
                                      Type counsel ( )Waived; ( )Retained; (✓)CJA; ( )FPD
                                      ( ) appointed at arraignment; ( ) standing in for: _____
**PTSO/(USPO):** Spurlock
**Interpreter present?** (✓)NO; ( )YES   **Name:**

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ☐ Not Guilty
            ☑ Guilty as to:  1
               ☐ Count(s):
               ☐ Count(s):                    ☐ dismissed on oral motion of USA
                                              ☐ to be dismissed at sentencing
☑ Written plea agreement filed    ☐ ORDERED SEALED
☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts  1  .
☐ CRIMINAL TERM:            ☐ WAIVER OF SPEEDY TRIAL filed.
            **DISCOVERY DISCLOSURE DATE:**
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
            ☐ Trial on _____ ; ☐ Sentencing on _____
☑ ORDER: Defendant remanded to custody of U.S. Marshal for:
            ☐ Trial on _____ ; or ☑ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
            ☐ Defendant requests time to secure new counsel