**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**RECEIVED**

2006 MAR 22  P 1: 54

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | DEBRA P. HACKETT, CLK |
| **VS.** | ) | U.S. DISTRICT COURT |
| | ) | **CR. NO. 2:05-CR-132-A** MIDDLE DISTRICT ALA |
| | ) | |
| **JOHN EDWARD WHITE** | ) | |

## MOTION TO CONTINUE

**COMES NOW,** John Edward White, by and through his attorney of record, the Honorable Roianne Houlton Conner, and moves this Honorable Court to continue the date set for trial of this cause on March 27, 2006, and as grounds therefore states as follows:

1.    That the defendant attempted to plead guilty to the instant charge before the Honorable Delores Boyd, United States Magistrate for the Middle District of Alabama, on March 20, 2006.

2.    During the allocation certain testimony was brought to the attention of the Court, the United States Attorney's office as well as Defense Counsel which will necessitate further investigation into this matter.

3.    In the interest of justice the defendant moves this Honorable Court to continue the said trial., further, the United States Attorney's office by and through the Honorable Susan Redmond concurs with the request set forth here and above.

**WHEREFORE THE PREMISES CONSIDERED,** John Edward White and his Counsel moves this Honorable Court to continue the date set for trial.

Respectfully submitted this the 21st day of March, 2006.

ROIANNE HOULTON CONNER
ATTORNEY FOR JOHN E. WHITE
ASB9677R77

OF COUNSEL:
ROIANNE HOULTON CONNER
ALABAMA BAR CODE ASB9677R77R

LAW OFFICES OF ROIANNE HOULTON CONNER
250 WINTON BLOUNT LOOP
P.O. BOX 240458
MONTGOMERY, ALABAMA 36124
TELEPHONE: (334) 215-1988
FAX: (334) 215-7778

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the Honorable Susan R. Redmond, Assistant U.S. Attorney, by mailing a copy of the same to her business address of One Court Square, 2nd Floor , Montgomery, Al  36104 on this _21_ day of  March, 2006.

Roianne Houlton Conner