UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) 2:05-CR-132-WHA
)
JOHN EDWARD WHITE )

RECEIVED

2006 MAR 24 A 9: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## WAIVER OF SPEEDY TRIAL

**COMES NOW**, John Edward White, by and through his attorney of record and waives his right to a Speedy Trial as is guaranteed by the Constitution of the United States. The Defendant acknowledges that he has been informed that there is pending before the Court a Motion to Continue the trial of this cause. The Defendant further acknowledges that he has been informed that the trial term is June 26, , 2006.

_____
JOHN EDWARD WHITE

_____
ROIANNE HOULTON CONNER
ASB-9677-R77R
ATTORNEY FOR DEFENDANT
250 WINTON BLOUNT LOOP
MONTGOMERY, ALABAMA 36117
334-215-1988
334-215-7778 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the above and foregoing Wavier of Speedy Trial upon the Honorable Susan Redmond by mailing the same to her business address of P.O. Box 197, Montgomery, Alabama 36101 on this the ___th day of March, 2006.

_____
OF COUNSEL