IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05-CR-132-WHA |
| ) | |
| JOHN EDWARD WHITE, ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Defendant's Motion to Continue (Doc #39) the court finds that for the reason that additional time is needed for further investigation by both sides, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED and it is hereby ORDERED that this case is continued from the March 27, 2006 term and reset for trial on June 26, 2006.

Done this 24th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE