IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case NO. 2:05-CR-132-WHA |
| | ) | |
| JOHN EDWARD WHITE | ) | |

## MOTION TO SET PRE-TRIAL CONFERENCE

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and as grounds for the Motion to Set Pre-Trial Conference, states as follows:

1. On or about March 20, 2006, the defendant attempted to enter a guilty plea before the Honorable Dolores Boyd, United States Magistrate for the Middle District of Alabama.

2. During the allocution, testimony was provided that required further investigation of the case by the parties.

3. On March 22, 2006, the defendant motioned for a continuance of the trial. The motion was granted and trial was re-scheduled to June 26, 2006.

4. The United States has completed its investigation of the matter and believes that it would be beneficial to have all parties appear before the Court to determine the status of the case.

Based on the facts stated above, the United States respectfully requests that the Court set a date and time for a pre-trial conference in the above-styled case.

Respectfully submitted this 1st day of June, 2006.

                        LEURA GARRETT CANARY
                        UNITED STATES ATTORNEY

                        /s/ Susan R. Redmond
                        SUSAN R. REDMOND
                        Assistant United States Attorney
                        Post Office Box 197
                        Montgomery, Alabama 36101-0197
                        334.223-7280
                        334.223.7135   fax
                        susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.2:05-CR-132-WHA |
| | ) | |
| JOHN EDWARD WHITE | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Roianne Houlton Conner.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223-7280
334.223.7135  fax
susan.redmond@usdoj.gov