UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 2:05-CR-132-WHA |
| | ) | |
| JOHN EDWARD WHITE | ) | |

## ORDER ON MOTION

For good cause, it is

**ORDERED** that the *Motion to Set Pre-Trial Conference* filed by the United States on June 1, 2006 (Doc. 42) is **GRANTED**. A pretrial conference is hereby set at **11:00 a.m.** on **June 5, 2006** in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104.

Done this 1st day of June, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE