| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 6-16-2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:16 – 10:42 am |
| | COURT REPORTER: Mitchell Reisner |

☐ ARRAIGNMENT     ☒ CHANGE OF PLEA     ☐ CONSENT PLEA
☐ RULE 44(c) HEARING     ☐ SENTENCING

═══════════════════════════════════════════════════

PRESIDING MAG. JUDGE: DRB     DEPUTY CLERK: sql
CASE NUMBER: 2:05CR132-WHA     DEFENDANT NAME: JOHN EDWARD WHITE
AUSA: Redmond     DEFENDANT ATTORNEY: Roianne Conner
　　　　Type counsel ( )Waived; ( )Retained; (✓)CJA; ( )FPD
　　　　( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES     Name:

═══════════════════════════════════════════════════

☐ This is defendant's **FIRST APPEARANCE.**
☐ Financial Affidavit executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:　　☐ Not Guilty
　　　　☒ Guilty as to:
　　　　　　☒ Count(s): 1
　　　　　　☐ Count(s):　　　　　　　☐ dismissed on oral motion of USA
　　　　　　　　　　　　　　　　　　　☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☒ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts __1__.
☐ CRIMINAL TERM:　　☐ WAIVER OF SPEEDY TRIAL filed.
　　　　　　DISCOVERY DISCLOSURE DATE:
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
　　　☐ Trial on _____; ☐ Sentencing on _____
☒ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
　　　☐ Trial on _____; or ☒ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
　　　　　☐ Defendant requests time to secure new counsel