IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | 2:05-CR-132-A |
| | ) | |
| JOHN EDWARD WHITE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

**COMES NOW THE DEFENDANT**, John Edward White, by and through his attorney of record, and hereby moves this Honorable Court to continue the sentencing in this cause heretofore scheduled for September 7, 2006 and as grounds therefore states as follows:

1. Counsel for the Defendant did not receive the Presentence Investigation Report from the United States Probation Office until Friday, August 18, 2006 in the afternoon mail.

2. Upon review of the report Counsel for the Defendant was surprised at the criminal history set forth in the same as Counsel for the Defendant nor the United States Attorney's Office were aware of the same at the time of the Plea Agreement.

3. The said extensive criminal history was not contemplated at the time of the negotiation of the Plea Ageement.

4. That the Assistant United States Attorney, the Honorable Susan Redmond does not oppose the continuation of the sentencing.

**WHEREFORE THE PREMISES CONSIDERED**, the Defendant, John Edward White, by and through his attorney of record moves this Honorable Court to continue the sentencing in

the above styled cause heretofore scheduled for September 7, 2066.

Respectfully submitted on this the 21st day of August, 2006.

                                          ROIANNE HOULTON CONNER
                                        ATTORNEY FOR DEFENDANT
                                        ALABAMA BAR CODE 9677-R77R

OF COUNSEL:

LAW OFFICES OF ROIANNE HOULTON CONNER, P.C.
250 WINTON M. BLOUNT LOOP
P. O. BOX 240458
MONTGOMERY, ALABAMA 36124
334/215-1988

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendant John Edward White's Motion to Continue Sentencing has been served upon the Honorable Laura Canary, United States Attorney, Attention: Susan Redmond, by mailing a copy of the same to her business address on this the 21st day of August, 2006.

                                        ROIANNE HOULTON CONNER