IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:05cr132-WHA |
| JOHN EDWARD WHITE ) | |

**ORDER**

Upon consideration of Defendant's Motion to Continue Sentencing (Doc. #49), to which the United States does not object, the motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendant is CONTINUED from September 7, 2006, to September 26, 2006, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 22nd day of August, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE