IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-CR-132-WHA |
| | ) | |
| JOHN EDWARD WHITE | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed on August 22, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of John Edward White, to Bill Ballance, Montgomery County Sheriff's Office, and/or Mary Griffith, Montgomery County Sheriff's Office, on August 23, 2006, through November 23, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Bill Ballance, Montgomery County Sheriff's Office, and/or Mary Griffith, Montgomery County Sheriff's Office, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of August, 2006.

_____
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE