IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | CR. NO. 2:05-CR-132-A |
| | ) | |
| **JOHN EDWARD WHITE** | ) | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

**COMES NOW,** John Edward White, by and through his attorney of record, the Honorable Roianne Houlton Conner, and moves this Honorable Court to continue the sentencing in this cause heretofore scheduled for September 26, 2006 and as grounds therefore states as follows:

1. That there are certain objections filed in this matter by the Defense Counsel due to information revealed in the pre-sentence investigation which was not known by neither the Assistant U.S. Attorney nor Counsel for the defendant.

2. That the schedules of the Counsel for the Defendant, the Assistant U.S. Attorney and the probation officer have not meshed in order to have a face to face objection meeting.

3. Upon review of the report, Counsel for the Defendant was surprised at the criminal history set forth in the same as Counsel for the Defendant nor the U.s. Attorney's office were aware of the same at the time of the Plea Agreement

4. The said extensive criminal history was not contemplated at the time of the negotiation of the Plea Agreement.

5. That the Assistant U.S. Attorney, the Honorable Susan Redmond does not oppose and concurs with the continuation of the sentencing.

**WHEREFORE THE PREMISES CONSIDERED**, the Defendant, John Edward White, by and through his attorney of record moves this Honorable Court to continue the sentencing in the above styled cause heretofore scheduled for September 26, 2006.

Respectfully submitted on this the 18th day of September, 2006.

/s/ Roianne Houlton Conner
**ROIANNE HOULTON CONNER**
ATTORNEY FOR JOHN E. WHITE
ASB9677R77

OF COUNSEL:
ROIANNE HOULTON CONNER
ALABAMA BAR CODE ASB9677R77R

LAW OFFICES OF ROIANNE HOULTON CONNER
250 WINTON BLOUNT LOOP
P.O. BOX 240458
MONTGOMERY, ALABAMA 36124
TELEPHONE: (334) 215-1988
FAX: (334) 215-7778

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the Honorable Susan R. Redmond, Assistant U.S. Attorney, by mailing a copy of the same to her business address of One Court Square, 2nd Floor , Montgomery, Al 36104 on this ____ day of September, 2006.

/s/ Roianne Houlton Conner