IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| V.                        ) | Case No. 2:05cr132-WHA |
| JOHN EDWARD WHITE         ) | |

**ORDER**

Upon consideration of Defendant's Motion to Continue Sentencing (Doc. #53), and for good cause shown, the Motion is GRANTED and it is hereby

ORDERED that the sentencing of the Defendant is continued from September 26, 2006 and reset for Tuesday, October 3, 2006 at 10:00 a.m.

DONE this 19th day of September, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE