# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | October 3, 2006 | AT: | 10:04 a.m. |
| DATE COMPLETED: | October 3, 2006 | AT: | 10:07 a.m. |

UNITED STATES OF AMERICA     )
                             )
vs.                          )     CR. No. 2:05cr132-WHA
                             )
JOHN EDWARD WHITE            )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Clark Morris | Roianne H. Conner |

**COURT OFFICIALS PRESENT**

Risa Entrekin, Court Reporter            Terrence Marshall, USPO
Elna Behrman, Courtroom Deputy           Lisa Harden, Law Clerk

## COURTROOM PROCEEDINGS

(X)    SENTENCING HEARING

Hearing commences.
Defendant's counsel states Defendant wishes to withdraw his guilty plea (construed as oral Motion to Withdraw)
Defendant is sworn.
Court examines the Defendant.
Court orally GRANTS Defendant's Motion to Withdraw Guilty Plea.
Court sets case for trial during the term of court set to commence October 24, 2006.
Court is adjourned.