IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| VS. | ) | CR. NO. 2:05-CR-132-A |
| | ) | |
| JOHN EDWARD WHITE | ) | |

### SECOND NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW**, John Edward White by and through his attorney of record and notifies this Honorable Court of his intent to change his pleas from not guilty to guilty.

Respectfully submitted on this 19th day of October, 2006.

_____
ROIANNE HOULTON CONNER
ATTORNEY FOR JOHN E. WHITE
ASB9677R77


LAW OFFICES OF ROIANNE
HOULTON CONNER
250 WINTON BLOUNT LOOP
P.O. BOX 240458
MONTGOMERY, ALABAMA 36124
TELEPHONE: (334) 215-1988
FAX: (334) 215-7778

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **VS.** ) | **CR. NO. 2:05-CR-132-A** |
| ) | |
| **JOHN EDWARD WHITE** ) | |

**CERTIFICATE OF SERVICE**

 I hereby certify that I have served a copy of the above and foregoing upon the Honorable Susan R. Redmond, Assistant U.S. Attorney, by hand delivery and mailing a copy of the same to her business address of One Court Square, 2nd Floor , Montgomery, Al  36104 on this 19th day of October, 2006.

_____
**Roianne Houlton Conner**


ROIANNE HOULTON CONNER
ATTORNEY FOR JOHN WHITE
ASB9677R77R

  **LAW OFFICES OF ROIANNE
HOULTON CONNER
250 WINTON BLOUNT LOOP
P.O. BOX 240458
MONTGOMERY, ALABAMA 36124
TELEPHONE: (334) 215-1988
FAX: (334) 215-7778**