# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | October 23, 2006 | AT: | 2:00 p.m. |
| DATE COMPLETED: | October 23, 2006 | AT: | 2:39 p.m. |

UNITED STATES OF AMERICA    )
                            )
vs.                         )    CR. No. 2:05cr132-WHA
                            )
JOHN EDWARD WHITE           )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Susan R. Redmond | Roianne H. Conner |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Terrence Marshall, USPO |
| Elna Behrman, Courtroom Deputy | Lisa Harden, Law Clerk |

COURTROOM PROCEEDINGS

(X)    **CHANGE OF PLEA HEARING**

Hearing commences.
Defendant is sworn.
Plea colloquy is taken.
Defendant pleads guilty.
Court finds the Defendant is competent to enter a plea and accepts the Defendant's plea of guilty.
Court adjudges the Defendant guilty.
Defendant will be remanded to the custody of the U. S. Marshal and sentencing set for a date in mid- to late-
    January.
Court is adjourned.