TO: MR JUDGE W. HAROLD ALBRITTON    12-13-06

THIS IS JOHN WHITE (CASE NO# 2:05 CR 132 WHA) I AM A FEDERAL INMATE, I AM IN PRATTVILLE ALABAMA 36067 156 NORTH COURT ST. I AM FILING THIS MOTION TO DISMISS MY ATTORNEYS, HER NAME IS ROSANNE HOULTON CONNER. DUE TO THE CIRCUMSTANCE SHE IS NOT DOING ANYTHING FOR ME. I BE WRITING HER EVERYDAY, SHE DON'T RESPOND TO NONE OF MY LETTERS AT ALL, SHE IS CONSTANTLY IGNORING ME. SHE IS NOT COMING DOWN HERE AND SHE IS NOT WRITING ME. I BE WRITING HER TALKING ABOUT THE F.B.I AGENT. SHE SUPPOSE TO BE HOOKING ME UP WITH THE F.B.I AGENT, FOR ALL THIS IMPORTANT INFORMATION THAT I HAVE. SIR MY COURT DATE COMING UP IN JAN. I HAVN'T SAW A SOUL YET. THIS LAWYER THAT I GOT, SHE IS TRYING TO GET ME TO PLEA OUT TO SOMETHING I DON'T HAVE KNOWLEDGE OF. THIS LAWYER HAVE BEING LOOKING OVER ME EVERY SINCE SHE BEING ON MY CASE. I WOULD LIKE TO HAVE ME ANOTHER LAWYER. SIR WOULD YOU PLEASE GRANT ME THIS WITH ALL DUE RESPECT. THANK YOU FOR YOUR TIME AND PATIENT.

RESPECTFUL SUBMITTED

John E. White