# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.   2:05CR132-WHA** |
| | ) | |
| **JOHN EDWARD WHITE** | ) | |

## ORDER

Upon consideration of the defendant's ***Pro Se Motion to Dismiss Counsel and to Appoint New Counsel*** filed December 15, 2006, and for good cause, it is

**ORDERED** that the motion be and is hereby set for hearing at **2:00 p.m. on December 27, 2006,** in courtroom 4-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 19th day of December, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE