IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 2:05CR132-WHA |
| | ) | |
| JOHN EDWARD WHITE | ) | |

## MOTION TO WITHDRAW

**COMES NOW,** the Honorable Roianne Houlton Conner and hereby moves to allow her to withdraw as counsel for John Edward White and as grounds hereby states as follows:

1. Counsel for the Defendant became aware of a filing by Mr. White on Monday, December 18, 2006. which was entitled Motion to Dismiss.

2. There appears to have been a total break down of communication as well as understanding between the Defendant and his counsel.

3. In his Motion to Dismiss, the Defendant alleges that Counsel is attempting to get him to "plea out to something that I don't have knowledge of."

4. As this Honorable Court knows the Defendant was examined at Butner Correctional Facility for his competency. They determined that he was competent.

5. Further, this Court is aware that the Defendant has entered three pleas, with two different pleas agreements in this matter. Said Counsel represented this Defendant in all three pleas. The Defendant could not get through the first plea before the Honorable Deloris Boyd, the second time, the Honorable Deloris Boyd took the plea.

6. After the second plea, the Defendant withdrew the plea. The Defendant was set for trial. Counsel spoke with Susan Redmond and negotiated a new plea agreement

7. There was a great amount of time spent with the Defendant during and after the second plea, due to the confusion of the Defendant and his suicide attempts.

8. The third plea was held before the Honorable Harold Albritton.

9. The Defendant claims that Counsel has not arranged for agents from the Federal Bureau of Investigation to talk with him. As can be substantiated by the Assistant U.S. Attorney, the FBI did speak with the Defendant in the Montgomery Municipal jail on one occasion and found the information questionable at best.

**WHEREFORE THE PREMISES CONSIDERED**, the undersigned Counsel moves this Honorable Court to allow her to withdraw as Counsel for the Defendant.

Respectfully submitted on this the 20th day of December, 2006.

_/s/__Roianne Houlton Conner____
**ROIANNE HOULTON CONNER**
ATTORNEY FOR JOHN E. WHITE
ASB9677R77

**LAW OFFICES OF ROIANNE
HOULTON CONNER
mrsrhconner@yahoo.com
250 WINTON BLOUNT LOOP
P.O. BOX 240458
MONTGOMERY, ALABAMA 36124
TELEPHONE: (334) 215-1988
FAX: (334) 215-7778**

### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CR. NO. 2:05-CR-132-A |
| ) | |
| JOHN EDWARD WHITE ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing upon the Honorable Susan R. Redmond, Assistant U.S. Attorney, by electronic filing and mailing a copy of the same to her business address of One Court Square, 2nd Floor , Montgomery, Al 36104 on this 20th day of December, 2006.


    __/s/__Roianne Houlton Conner
    **Roianne Houlton Conner**


ROIANNE HOULTON CONNER
ATTORNEY FOR JOHN WHITE
ASB9677R77R

    LAW OFFICES OF ROIANNE
HOULTON CONNER
mrsrhconner@yahoo.com
250 WINTON BLOUNT LOOP
P.O. BOX 240458
MONTGOMERY, ALABAMA 36124
TELEPHONE: (334) 215-1988
FAX: (334) 215-7778