IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR NO. 2:05cr132-WHA |
| ) | |
| JOHN EDWARD WHITE ) | |

**ORDER**

On December 19, 2006, the court set the defendant's *pro se* motion to dismiss counsel (doc. # 60) for a hearing on December 27, 2006, at 2:00 p.m. On December 20, 2006, counsel for the defendant filed a motion to withdraw (doc. # 62). For good cause, it is

**ORDERED** that this motion be and is hereby set for consideration at the December 27, 2006 hearing in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 21st day of December, 2006.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE