# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 12/27/06 | AT | 2:00 p.m. - 2:07 p.m. |
| DATE COMPLETED: 12/27/06 | AT | Digital Recorded |

UNITED STATES OF AMERICA  *

    Plaintiff  *

VS.  *  CASE NO.: 2:05CR132-WHA

JOHN EDWARD WHITE  *

    Defendant  *

**GOVERNMENT**           **APPEARANCES:**           **DEFENDANT**

NOT PRESENT                                                     Atty. Roianne Conner

**COURT OFFICIALS PRESENT:**

**COURTROOM DEPUTY**: WANDA STINSON

( X) OTHER PROCEEDINGS: **EX PARTE HRG ON PRO SE MOTION TO APPOINT NEW COUNSEL**

# SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| **Description** | Hrg on Motion to Withdraw counsel - 05cr132-WHA |
| **Date** | 12/27/2006 |
| **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 2:00:43 PM | Court | Court convenes; Ex parte proceeding; Govt. counsel is excused; |
| 2:01:50 PM | Atty. Conner | Addresses the court as to the problem; |
| 2:03:56 PM | Court | When is sentencing set in this case? |
| 2:04:00 PM | Atty. Conner | January. |
| 2:04:02 PM | court | January 18th; Addresses the deft. Advised him that he has had two lawyers; |
| 2:04:15 PM | Deft White | Addressed the court; Jennifer Hart disappeared on her own turned me on the Ms. Conner; |
| 2:04:26 PM | Court | What do you think another lawyer would do? |
| 2:04:32 PM | Deft White | Represent me better; |
| 2:04:33 PM | Court | What do you mean by that? |
| 2:04:38 PM | Deft White | Sending letters to her and not getting a response from her; |
| 2:04:50 PM | Court | Discussion as to whether any other lawyer would be more responsive; What do you want? |
| 2:05:01 PM | Deft White | A better lawyer ; someone to represent me better; |
| 2:05:05 PM | Court | Why don't I give you a worst lawyer? What is it you expect? |
| 2:05:27 PM | Deft White | Somebody to represent my case better; |
| 2:05:31 PM | Court | What do you mean by that? |
| 2:05:33 PM | Deft White | Somebody to come and talk to me and respond to my letters; |
| 2:05:38 PM | Court | You want somebody to come talk to you when you get lonely; |
| 2:05:43 PM | Deft White | Not looking for somebody to hold my hands; I need somebody to represent me to the fullest; |
| 2:05:49 PM | Court | Discussion about controlling the lawyer; You have said nothing as to why the court should appoint another lawyer; |
| 2:06:26 PM | Deft White | Jennifer left own her own; The only reason why I will appoint another lawyer is because Ms. Conner wants to, not because you want me to; |
| 2:06:40 PM | Atty. Conner | It's up to the court as to what to do; Will represent him through sentencing, may have a 2255; Whatever the court wants to do; |
| 2:06:55 PM | Court | Do you think your relationship with is such that you can no longer effectively represent him: |
| 2:06:59 PM | Atty. Conner | Yes sir; |
| 2:07:01 PM | Court | Will appoint another lawyer for the deft; |
| 2:07:18 PM | Court | court is recessed. |