IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr132-WHA |
| | ) | |
| JOHN EDWARD WHITE | ) | |

**ORDER**

Now pending before the court is the defendant's pro se motion to dismiss counsel and appoint new counsel (doc. # 60) and attorney Roianne Houlton Conner's motion to withdraw as counsel of record (doc. # 62). Upon consideration of the motions, and for good cause, it is

ORDERED that the defendant's pro se motion to dismiss counsel and appoint new counsel (doc. # 60) and attorney Roianne Houlton Conner's motion to withdraw (doc. # 62) be and are hereby GRANTED. It is further

ORDERED that panel attorney John Poti be and is hereby appointed to represent the defendant at all further proceedings. Counsel shall file a notice of appearance.

Done this 5th day of January, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE