MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | January 18, 2007 | AT: | 2:00 p.m. |
| DATE COMPLETED: | January 18, 2007 | AT: | 2:30 p.m. |

UNITED STATES OF AMERICA        *

vs                              *           2:05cr132-WHA

JOHN EDWARD WHITE               *

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan Redmond | * | John Poti |

---

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy                Terrance Marshall, USPO
Risa Entrekin, Court Reporter                 Lisa Harden, Law Clerk

---

PROCEEDINGS:

SENTENCING HEARING

2:00 p.m.   Court convenes.
            Defendant sworn.
            PSI has been reviewed by defendant and counsel.
            Court ask if any objections to PSI report.
            Mr. Poti sets out objections to PSI report.
            Court's discussions and questions to Mr. Poti as to objections to PSI report.
            Mr. Poti's response to court's questions.
            Government moves to admit Exhibit 1.
            Court admits Government's Exhibit 1.
            Government's response to PSI objections.
            Mr. Poti's further arguments.
            Court's statements to counsel regarding cases cited.
            Court overrules objections to PSI report.
            Mr. Poti's statements to the Court before sentence is imposed.
            Defendant's statements to the Court before sentence is imposed.
            Governments response and statements to the Court before sentence is imposed.

CONTINUATION OF PROCEEDINGS:

                Court states sentence.
                Parties have no further objections.
                Sentence is ordered imposed as stated.
                Court states defendant's right to appeal has been waived pursuant to the plea agreement.
                Defendant's request to speak with Mr. Poti.
                Court gives defendant time to speak with his counsel.
                Mr. Poti states defendant wants to withdraw his plea of guilty. Defendant's ORAL MOTION to withdraw guilty plea. Mr. Poti states that defendants wants to have another mental evaluation.
                Court states to defendant that the court has been through this more than once and there is no basis to withdraw guilty plea.
                Court DENIES oral motion to withdraw guilty plea.
                Defendant remanded to custody of U. S. Marshal.

2:30 p.m.    Court recessed