✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

UNITED STATES OF AMERICA

**GOVERNMENT'S EXHIBIT LIST**

V.

JOHN EDWARD WHITE

Case Number:  2:05cr132-WHA

| PRESIDING JUDGE W. HAROLD ALBRITTON | GOVERNMENT'S ATTORNEY SUSAN REDMOND | DEFENDANT'S ATTORNEY JOHN POTI |
|---|---|---|
| SENTENCING DATE: JANUARY 18, 2007 | COURT REPORTER RISA ENTREKIN | COURTROOM DEPUTY JOYCE TAYLOR |

| GOV NO | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/18/07 | | Yes | Criminal Case Action Summary - John Edward White |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.