IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

United States of America,
    Plaintiff,

V.

John Edward White,
    Defendant.

Case No. 05-132 WHA.

## Motion For Documents And Transcripts

Comes now, John Edward White, the defendant in the Above-Style Case to move this Honorable Court to issue a order to the Court reporter to have all proceedings had in this case involving the defendant transcribed and furnished to defendant. Defendant further seeks an order from this Court ordering the clerks office to mail defendant all Documents including but not limited to the following: Indictment, Pre-Sentence Investigation report, point sheet, Warrent etc. involving this case. Defendant is indigent and in the process of Attacking this Conviction through 2255 proceedings and can't properly do so without the requested documents. Therefis, after a review of this motion and considering the same, defendant prays for this Court to grant this motion.

Respectfully Submitted this __10__ day of __24__, 2007

*John Edward White,*
*Defendant*