IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05-CR-132-WHA |
| | ) | |
| JOHN EDWARD WHITE | ) | |

### **ORDER**

Upon consideration of the motion for transcript of proceedings and copies of (doc. # 72) filed by the defendant, it is

ORDERED that the motion be and is hereby DENIED. On January 18, 2007, the court entered judgment of conviction against White for violation of 18 U.S.C. § 922(g)(1) and sentenced him to 235 months imprisonment. White did not appeal. Thus, his only remaining remedy is a motion filed pursuant to 28 U.S.C. § 2255. White, therefore, is entitled to a transcript or other documents relating to his criminal case only upon a showing that a § 2255 claim is not frivolous and the transcript or documents are needed to decide the claim. *United States v. MacCollom*, 426 U.S. 317, 326 (1976).

Done this 29th day of October, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE