IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
~~NORTHERN~~ DIVISION

United States of America
V
John Edward White

NO. 2:05-CR-132-WHA

## Motion For Court To Reconsider

Comes now the defendant in the Above-Styled Cause to move this Honorable Court to reconsider it's October 29th, 2007 order denying defendant's motion for transcripts and other documents. Defendant ask this court to reconsider in the light of the following grounds:

1. On January 18th, 2007 the Court entered Judgement of Conviction against the defendant according to a plea agreement reached between the Government and the defendant. Defendant did not appeal.

2. The only remaining remedy is a 2255 28 U.S.C. motion.

3. Defendant cannot possibly prepare

-1-

and file said motion properly, without the requested transcript and/or other documents.

Defendant shows the Court that in his U.S.C. 2255 motion that he surely intends to file, a couple issues that will be raised is the Volenterness of his plea. The defendant will argue that he did not have a full understanding of the charges against him, didn't have a full understanding of each element that the Government must prove in order to convict defendant, and the defendant will argue that this Court did not explain the same to him before accepting the Guilty plea and sentencing him in which this Court has an obligation to do. Had defendant been faced with all of the above facts and had a clear understanding of the Governments duties, the defendant would have not entered into a plea agreement and went to trial. However, defendant cannot properly make these arguments in a 2255 motion without a copy of the transcript. Defendant will make additional arguments pertaining to that proceeding as well.

-2-

The defendant believes he has fullfilled his duty pursuant to United States v. MacCollam, 426 U.S. 317, 326 (1976) and is entitled to a transcript in this case.

Therefore, defendant prays that this Honorable Court would revisit it's October 29th, 2007 order, consider it along with this motion and enter a order Granting the same in light of the grounds asserted in this motion.

Respectfully submitted this 31st day of October, 2007.

John Edward White
Defendant