IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:05-CR-132-WHA |
| ) | |
| JOHN EDWARD WHITE ) | |

**ORDER**

Upon consideration of the motion for reconsideration (doc. # 74) filed by the defendant, it is

ORDERED that the motion be and is hereby DENIED.

Done this 2nd day of November, 2007.


      /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE