MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

| | |
|---|---|
| HON. W. KEITH WATKINS | Montgomery, Alabama |
| DATE COMMENCED: 5/30/18 | 9:34 AM |
| DATE COMPLETED: 5/30/18 | 10:43 AM |

USA

vs CR. NO.: 2:05cr132-WKW

JOHN EDWARD WHITE

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan Redmond | | Christine Freeman, Mackenzie Lunt |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom DeputyLaw Clerk: Laura Wright
Risa Entrekin, Court Reporter

PROCEEDINGS:

( ) JURY TRIAL
( x ) OTHER PROCEEDINGS: RESENTENCING

9:34 AMHEARING COMMENCES

Court Addresses the addendums; NO OBJECTIONS to PSR

Court will grant in part and deny in part request for judicial notice of Defendant's Doc. 116 as stated on the record

Defense counsel argues for downward departure

Government responds

**ORAL ORDER DENYING Doc. 111 Defendant's Motion for Downward Departure**

Defense Counsel and Defendant speaks in behalf of defendant

Government recommends 10 years

Court Imposes Sentence

Defendant OBJECTS to sentencing

COURT Overrules objections

Defendant will continue to advise defendant of his appeal rights

Defendant is remanded to the custody of the USMS

10:43 AMHEARING CONCLUDED