IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CR-132-WKW |
| | ) | [WO] |
| JOHN EDWARD WHITE | ) | |

## ORDER

Defendant has filed a second *pro se* motion for compassionate release in which he seeks to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. # 167.) Under § 3582(c)(1)(A)(i), a district court may modify a convicted defendant's sentence when "extraordinary and compelling reasons warrant such a reduction." However, a defendant may only move for such a reduction after he or she "has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or [after] the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." § 3582(c)(1)(A) (alterations added). Defendant's motion does not indicate that he has pursued the statutorily mandated procedure; thus, his motion is premature.

Accordingly, it is ORDERED that Defendant's motion (Doc. # 167) is DENIED without prejudice with leave to re-file, if necessary, after he has exhausted his administrative rights.

DONE this 5th day of January, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE