IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:05-CR-132-WKW |
| ) | [WO] |
| JOHN EDWARD WHITE  ) | |

## **ORDER**

Before the court is Defendant John Edward White's motion for early termination of his term of supervised release. (Doc. # 183.) The Government, after consultation with the probation officer, opposes termination at this time but will reconsider its position after six months. (Doc. # 185.)

On May 31, 2018, an Amended Judgment was entered. Mr. White was sentenced to one hundred twenty months' imprisonment and three years' supervised release on his conviction for being a felon in possession of a firearm. (Doc. # 132.)

Under 18 U.S.C. § 922(g)(1), the court may terminate a term of supervised release under specified conditions. The defendant must have completed one year of supervised release, and the court must find, after considering various factors in 18 U.S.C. § 3553(a), that "such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

Mr. White's compliance with the terms of his supervised release, while commendable, is what is expected of him and, in this case, does not justify termination of his term of supervised release at this time.  After full consideration of the statutory prerequisites, the court finds that the nature and circumstances of the offense, Mr. White's history and characteristics, and the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense to afford adequate deterrence to criminal conduct, and to avoid unwarranted sentence disparities among defendants militate against termination of supervised release.  *See* 18 U.S.C. § 3553(a)(1).

Accordingly, it is ORDERED that Mr. White's motion for early termination of his term of supervised release (Doc. # 183) is DENIED, with leave for Mr. White to refile his motion no earlier than six months from today's date.

DONE this 30th day of August, 2023.

                                          /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE